3 So.2d 915
### MUTUAL BENEFIT HEALTH & ACCI-DENT ASSOCIATION v. Ruth THOMAS.

8 Div. 80.

Supreme Court of Alabama.
June 12, 1941.

PER CURIAM.

Appeal dismissed on motion of appellant.

2 So.2d 924
### ONE LOT OF MISCELLANEOUS ROSCOE SLOT MACHINES, etc., v. STATE.

6 Div. 773.

Supreme Court of Alabama.
April 22, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, want of prosecution.

1 So.2d 923
### Annie RICHTER v. John J. FRICKE, Adm'r.

6 Div. 654.

Supreme Court of Alabama.
March 8, 1941.

Griffith & Entrekin, of Cullman, for appellant.

St. John & St. John, of Cullman, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

1 So.2d 923
### W. E. RICHTER v. John J. FRICKE, Exr., etc.

6 Div. 780.

Supreme Court of Alabama.
Jan. 16, 1941.

H. H. Kinney and H. A. Entrekin, both of Cullman, for appellant.

St. John & St. John, of Cullman, for appellee.

PER CURIAM.

Affirmed on certificate.

1 So.2d 40
### James ROBINSON v. STATE.

6 Div. 833.

Supreme Court of Alabama.
March 5, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.